# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Leon Williams,

*Plaintiff*

v.

Donald Holbrook, et al,

*Defendant*

Civil Action No.  4:16-CV-05154-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff Leon Williams's Motion to Voluntarily Dismiss Complaint is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff Leon Williams's Motion to Waive Collection of the Remaining Balance of Filing Fee is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Shea  on a motion to Voluntarily Dismiss Complaint; and motion to Waive Collection of the Remaining Balance of Filing Fee.

Date:  February 24, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy